IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-00138-KDB-DSC

| | |
|---|---|
| MVP ENTERPRISES LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MARATEK ENVIRONMENTAL INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Matthew K. Stiles]" (document #5) filed November 15, 2021. For the reasons set forth therein, the Motion will be granted. The Court notes local counsel's representation that he has consulted with opposing counsel, but no other counsel has made an appearance in this case.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: November 15, 2021

David S. Cayer
United States Magistrate Judge